NOT FOR PUBLICATION IN WEST'S HAWAIʻI REPORTS AND PACIFIC REPORTER

Electronically Filed
Intermediate Court of Appeals
CAAP-13-0001327
21-OCT-2013
11:17 AM

NO. CAAP-13-0001327

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

GREGORY ALLAN LEE, Plaintiff-Appellant/Cross-Appellee, v.
BOBBI ANN LEE, Defendant-Appellee/Cross-Appellant

APPEAL FROM THE FAMILY COURT OF THE FIRST CIRCUIT
(FC-D NO. 01-1-2793)

ORDER APPROVING THE STIPULATION
DISMISSING NOTICE OF APPEAL FILED 6/6/13,
AMENDED NOTICE OF APPEAL FILED 8/14/13, AND
NOTICE OF CROSS-APPEAL FILED 8/26/13 IN ICA CAAP 13-3127
(By: Nakamura, C.J., Leonard and Reifurth, JJ.)

Upon consideration of the "Stipulation Dismissing
Notice of Appeal Filed 6/6/13, Amended Notice of Appeal Filed
8/14/13, and Notice of Cross-Appeal Filed 8/26/13 in ICA CAAP 13-
3127," filed October 7, 2013, by Plaintiff-Appellant/Cross-
Appellee Gregory Allan Lee, the papers in support, and the
record, it appears that (1) the stipulation is dated and signed
by counsel for all parties; (2) the parties seek dismissal of the
appeal with prejudice, pursuant to Hawaiʻi Rules of Appellate

Procedure (HRAP) Rule 42(b), but the appeal has not been docketed and HRAP Rule 42(a) is therefore applicable; and (3) the parties agree to bear their own costs and fees on appeal.

Therefore, IT IS HEREBY ORDERED that the stipulation to dismiss the appeal is approved and the appeal is dismissed with prejudice, pursuant to HRAP Rule 42(a). The parties shall bear their own appellate costs and fees.

DATED: Honolulu, Hawai'i, October 21, 2013.


Chief Judge


Associate Judge


Associate Judge